In the Matter of the Probate of the Last Will and Testament of ANN FORBES, Deceased.

(Submitted June 19, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 11, 1891, which affirmed a decree of the Surrogate's Court of Kings county admitting to probate the will of Ann Forbes, deceased.

*Wm. J. Gaynor* for appellant.

*Chas. J. Patterson* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed. _____